# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TWO FIREARMS, Defendants. | CV 17-43-BU-BMM  ORDER |

Pursuant to the United States' unopposed motion to vacate the preliminary pretrial conference and associated filing deadlines established in this Court's order dated June 18, 2018 (Doc. 9) pending an anticipated settlement agreement,

IT IS ORDERED that the motion is GRANTED. The preliminary pretrial conference scheduled for August 16, 2018 as well as the parties' associated deadlines for the case management plan, statement of stipulated facts, and preliminary pretrial statements are VACATED.

The parties shall file a stipulation within 14 days of this order.

DATED this 8th day of August, 2018.

_____
Brian Morris
United States District Court Judge